IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FAUSTINO XAVIER BETANCOURT-COLÓN, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL GROUP, INC., <br><br> Defendant. | CIVIL NO.: 23-1589 (MEL) |

**JUDGMENT**

In light of the court's order granting the request for dismissal of this case (ECF No. 25), judgment is hereby entered DISMISSING the complaint WITH PREJUDICE, but without imposition of costs or attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of July, 2024.

s/Marcos E. López
U.S. Magistrate Judge